

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

July 09, 2019

| | |
|---|---|
| No.: | 19-16347 |
| D.C. No.: | 3:19-cv-00095-MMD-WGC |
| Short Title: | Richard Milewski v. Phillip Kohn, et al |

Dear Appellant

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

**Payment of the $505 docketing and filing fees is past due.** Failure to correct this deficiency **within 14 days** will result in the dismissal of this case for failure to prosecute. See 9th Cir. R. 42-1. The fee is payable to the District Court.

**Appellants who are filing pro se should refer to the accompanying information sheet regarding the filing of informal briefs.**

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

FILED

JUL 09 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RICHARD MILEWSKI,<br><br>               Plaintiff - Appellant,<br><br> v.<br><br>PHILLIP J. KOHN; VIOLET BROWN; SHANA BOWERS; ROBERT DRASKOVICH, NV Bar #6275; DOUGLAS E. SMITH; CHRISTOPHER HAMNER, NV Bar #11390; STEPHEN WOLFSON, NV Bar #001565; FREEMAN, Detective; NLVPD #1570; KIRSTEN DINICOLA; CLEMMONS, District Attorney,<br><br>               Defendants - Appellees. | No. 19-16347<br><br>D.C. No. 3:19-cv-00095-MMD-WGC<br>U.S. District Court for Nevada, Reno<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

**Fri., September 6, 2019**    Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

**Appellants without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a).**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Ruben Talavera
Deputy Clerk
Ninth Circuit Rule 27-7